*E-FILED - 3/24/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY H. CASTRO, JR., | ) | No. C 09-2942 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

    Petitioner, a California state prisoner, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon initial screening of the complaint, on December 8, 2009, the court identified several deficiencies in the petition and dismissed it with leave to amend. In the order, the court ordered petitioner to file an amended petition curing the noted deficiencies within thirty days of the filing date of the order. The court warned that if he failed to file a response within the court's deadline, it would result in the dismissal of this action without prejudice. More than thirty days have elapsed and the court has received no response from plaintiff.

    Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 3/23/10

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\Castro942dis.wpd