***E-FILED - 3/24/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY H. CASTRO, JR., | ) | No. C 09-2942 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Castro942jud.wpd